Maynard, of counsel. Opinion by Presiding Justice Wolfe. Not to be published in full. Opinion filed February 27, 1951; released for publication March 16, 1951.

## Eric F. Anderson, Appellant, v. Chester G. Samuelson and Donald C. Samuelson, Appellees.

### Gen. No. 10,452.

Huber, Reidy & Katz and Oakleaf & Churchill, for appellant; Isador I. Katz and Cyrus Churchill, of counsel; Sollo, Graham & Califf, for appellees; R. G. Graham, of counsel. Opinion by Presiding Justice Wolfe. Not to be published in full. Opinion filed February 27, 1951; released for publication March 16, 1951.

## Agnes L. Agnell et al., Appellants, v. Illinois Bell Telephone Company, Appellee.

### Gen. No. 45,044.